IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDUARDO FIGUEROA-NEGRON,

    Plaintiff,

v.                                        CASE NO. 1:11-cv-00025-MP-GRJ

BARACK HUSAN OBAMA,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, an inmate proceeding *pro se*, has filed a civil rights complaint for "violation of human rights" against President Obama complaining about conditions of confinement at his current place of incarceration, Glades Correctional Institution. (Doc. 1.) Specifically, Plaintiff complains that he gets wet during rainy weather because there are no covered walkways at the institution and that he is not provided "long johns" during freezing temperatures. Id. Plaintiff seeks only injunctive relief, i.e. that he be provided covered walkways and long johns.

Although there is absolutely no legal basis for suing the President of the United States for conditions in a prison administered by the Florida Department of Corrections – rather than dismissing the case or granting Plaintiff leave to name as defendants the persons in charge of the facility where Plaintiff is currently held – the proper course of action is to transfer this case to the appropriate district where Plaintiff is being held. While Plaintiff identifies a number of state institutions in the factual section of the complaint – some of which are in the Northern District of Florida -- the only persons who

could afford Plaintiff the injunctive relief he seeks are persons at Glades Correctional Institution. Because Glades CI is in the West Palm Beach Division of the Southern District of Florida, proper venue is in the Southern District of Florida. Accordingly, pursuant to 28 U.S.C. § 1404(a) this case should be transferred to the West Palm Beach Division of the Southern District of Florida. The court there can then determine whether Plaintiff should be given an opportunity to amend his complaint to name as defendants the correct parties.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That pursuant to 28 U.S.C. § 1404(a) this case should be transferred to the West Palm Beach Division of the Southern District of Florida.

At Gainesville, Florida, this 17th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 1:11-cv-00025-MP-GRJ*