IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDUARDO FIGUEROA-NEGRON,

    Plaintiff,

v.                                                  CASE NO. 1:11-cv-00025-MP -GRJ

BARACK HUSAN OBAMA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends that, pursuant to 28 U.S.C. § 1404(a), this case be transferred to the West Palm Beach Division of the Southern District of Florida. Plaintiff has not objected to the recommendation, and the time for doing so has passed.

Plaintiff complains about conditions of confinement at his current place of incarceration, Glades Correctional Institution. Because Glades CI is in the West Palm Beach Division of the Southern District of Florida, proper venue is in the Southern District of Florida. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 4, is ADOPTED and incorporated herein.

2. This case is TRANSFERRED to the United States District Court for the Southern District of Florida, West Palm Beach Division.

**DONE AND ORDERED** this   *22nd* day of March, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge